IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION AT CHATTANOOGA

| | | |
|---|---|---|
| TENNESSEE CHURCH OF GOD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:07-CV-47 |
| | ) | Collier / Lee |
| vs. | ) | |
| | ) | |
| GENWORTH LIFE AND HEALTH INSURANCE COMPANY, and GENWORTH FINANCIAL, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## AGREED DISMISSAL ORDER

It appearing to the Court, as evidenced by the signature of counsel set forth below, that the parties have compromised and settled this action and that this matter should be dismissed with prejudice it is, accordingly

ORDERED that this action be and hereby is dismissed with prejudice.

/s/
_____
CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for entry:

/s/ John A. Day
John A. Day, No. 9416
DAY & BLAIR, P.C.
5300 Maryland Way, Suite 300
Brentwood, TN 37027
Telephone: 615.742.4880
Facsimile: 615.742.4881
Attorneys for Plaintiff, Tennessee Church of God

/s/Sigismund Sapinski
Sigismund Sapinski
Sun Life Financial
175 Addison Road
Windsor, CT 06095
Telephone: 860.737.1000
Facsimile: 860.737.1093
Attorney for Genworth Life and Health Insurance Company